## Exhibit A

## Organizational Chart

