**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
                                        :
In re:                                  :        Chapter 15
                                        :
THE CANNABIST COMPANY                   :        Case No. 26-10426 (BLS)
HOLDINGS INC., et al.,                  :
                                        :
     Debtors in a Foreign Proceeding.¹  :        (Jointly Administered)
                                        :
------------------------------------------------------------ x    Re: Docket No. 4
```

**ORDER (I) SCHEDULING RECOGNITION**
**HEARING, (II) SPECIFYING FORM AND MANNER OF**
**SERVICE OF NOTICE, AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "**Scheduling Motion**")[2] of The Cannabist Company Holdings Inc. in its capacity as the duly appointed foreign representative (the "**Foreign Representative**") of the above-captioned debtors (the "**Debtors**"), pursuant to Bankruptcy Rules 2002(m), 2002(q), and 9007, for an order (the "**Order**") (a) scheduling a hearing on the relief sought in the Verified Petitions, (b) setting the deadline by which any objections to the Verified Petitions must be received, (c) approving the form of notice of the Recognition Hearing, substantially in the form attached hereto as **Exhibit 1** (the "**Notice**"), (d) approving the manner of service of the Notice Documents, and (e) granting such other relief as the Court deems just and proper; and this Court having jurisdiction to consider the Scheduling Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a) and 1334(b); and that this is a core proceeding pursuant to 28 U.S.C.

---

[1]    The Debtors in the Chapter 15 Cases, together with the last four digits of their federal tax identification number or Canadian business number, as applicable, are: (i) The Cannabist Company Holdings Inc. (8978) and (ii) The Cannabist Company Holdings (Canada) Inc. (9428).  The location of the Parent Company's registered office and the Debtors' service address is: 666 Burrard St #1700, Vancouver, British Columbia V6C 2X8, Canada. Additional information may be obtained on the website of the Debtors' information agent at https://www.veritaglobal.net/CCGroup.

[2]    Capitalized terms used in this Order, but not defined herein, have the meanings ascribed to such terms in the Scheduling Motion.

§ 157(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Foreign Representative asserting that venue of this proceeding and the Scheduling Motion in this district is proper pursuant to 28 U.S.C. § 1410; and that this Court may enter a final order consistent with Article III of the United States Constitution; and due and proper notice of the filing of the Scheduling Motion having been given to the Notice Parties, and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Verified Petitions establish just cause for the relief granted herein; and it appearing that the relief requested in the Scheduling Motion is in the best interests of the Debtors, their creditors, and all parties in interest; and no objections or other responses having been filed that have not been overruled, withdrawn, or otherwise resolved; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Scheduling Motion is granted to the extent set forth herein.

2.      The Recognition Hearing on the relief requested in the Verified Petitions is hereby scheduled for **May 12, at 2:00 p.m. (prevailing Eastern Time)**, in Courtroom 1 of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.

3.      The form of Notice is hereby approved.

4.      The Foreign Representative shall serve, or cause to be served, copies of the Notice Documents on the Notice Parties (or their counsel, to the extent known) via United States first-class postage prepaid mail (or overnight mail for Notice Parties with international

2

addresses) and, if reasonably practicable, via email, within two (2) business days after entry of this Order (or as soon thereafter as practicable).

5.      If any party files a notice of appearance in the Chapter 15 Cases, the Foreign Representative shall serve a copy of the Notice Documents on such party (or its counsel, if known) within three (3) business days pursuant to the procedures set forth in paragraph 4 above, or as soon as practicable thereafter, following the filing of such notice of appearance and service of such notice of appearance on the Debtors if such documents have not already been served on such party (or its counsel).

6.      Service of this Order and the Notice Documents in accordance with this Order is hereby approved as adequate and sufficient notice and service on all interested parties. Notice provided in accordance with this Order satisfies the requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.  No other or further notice is required.

7.      Prior to service of the Notice, the Foreign Representative may fill in any missing dates and other information, correct any typographical errors, conform the provisions thereof to the provisions of this Order, and make such other and further non-material, non-substantive changes to the Notice as the Foreign Representative deems necessary or appropriate.

8.      Objections to the Verified Petitions and the relief requested therein must be made in writing, conform to the Bankruptcy Code, Bankruptcy Rules, and the Local Rules, and must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, (ii) served upon the U.S. Trustee, and (iii) served upon the Foreign Representative's counsel (a) Weil, Gotshal & Manges LLP, (x) 1395 Brickell Avenue, Suite 1200 Miami, Florida 33131 (Attn.: David J. Cohen, Esq. (davidj.cohen@weil.com)) and (y) 767 Fifth Avenue, New York, New York 10153

RLF1 35578026V.1

(Attn.: Garrett A. Fail, Esq. (garrett.fail@weil.com), Alexander P. Cohen, Esq. (alexander.cohen@weil.com), and Andrew J. Clarke, Esq. (andrew.clarke@weil.com)) and (b) Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware 19801 (Attn.: Zachary I. Shapiro, Esq. (shapiro@rlf.com)) so as to be **actually received** no later than **April 27, 2026 at 5:00 p.m. (prevailing Eastern Time)**.

9.     All notice requirements specified in section 1514(c) of the Bankruptcy Code are hereby waived or otherwise deemed inapplicable to the Chapter 15 Cases.

10.     The Foreign Representative is authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order.

11.     This Order is without prejudice to the Foreign Representative requesting any additional relief in the Chapter 15 Cases.

12.     This Court retains jurisdiction to hear and determine all matters arising from or relating to the implementation, interpretation, or enforcement of this Order.

13.     The Recognition Hearing may be adjourned from time to time without further notice other than a notice of adjournment in open court or a notice of adjournment filed on the docket in the Chapter 15 Cases or an announcement in open court of the adjourned date or dates of any further adjourned hearing.

14.     Notwithstanding any applicability of any Bankruptcy Rules, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Dated: March 26th, 2026
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

4

RLF1 35578026V.1