**<u>Exhibit 1</u>**

**Notice of Recognition Hearing**

RLF1 35578026V.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
         :

**In re:**         :        **Chapter 15**
         :

**THE CANNABIST COMPANY**         :        **Case No. 26-10426 (BLS)**
**HOLDINGS INC.,** *et al.,*         :
         :

    **Debtors in a Foreign Proceeding.**[1]    :        **(Jointly Administered)**
         :

---------------------------------------------------------------- x

**NOTICE OF FILING OF AND HEARING TO CONSIDER
VERIFIED PETITIONS UNDER CHAPTER 15 OF BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on March 25, 2026, The Cannabist Company Holdings Inc., in its capacity as the foreign representative (the "**Foreign Representative**") of the above-captioned debtors (the "**Debtors**"), which are the subject of a proceeding (the "**Canadian Proceeding**") currently pending before the Ontario Superior Court of Justice (Commercial List) (the "**Canadian Court**"), initiated pursuant to the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (Can.) (as amended, the "**CCAA**"), filed a *Motion for Recognition of Foreign Proceeding and Request for Certain Related Relief* (the "**Recognition Motion**" and together with the *Voluntary Chapter 15 Petition* for each of the Debtors filed contemporaneously herewith, the "**Verified Petitions**")[2] pursuant to sections 105(a), 362, 363, 365, 1504, 1507, 1510, 1515, 1517, 1520, 1521, and 1522 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Verified Petitions (the "**Recognition Hearing**") will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware (the "**Court**"), on **May 12, 2026 at 2:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that any party-in-interest wishing to submit a response or objection to the Verified Petitions must do so in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and such response or objection must be in writing and must set forth the basis for the response or objection. The response or objection

---

[1]    The Debtors in the Chapter 15 Cases, together with the last four digits of their federal tax identification number or Canadian business number, as applicable, are: (i) The Cannabist Company Holdings Inc. (8978) and (ii) The Cannabist Company Holdings (Canada) Inc. (9428). The location of the Parent Company's registered office and the Debtors' service address is: 666 Burrard St #1700, Vancouver, British Columbia V6C 2X8, Canada. Additional information may be obtained on the website of the Debtors' information agent at https://www.veritaglobal.net/CCGroup.

[2]    Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Verified Petitions.

must be filed with the Court by **April 27, at 5:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that copies of the Verified Petitions and all other documents filed in the Chapter 15 Cases can be accessed from (a) the Court's website at https://www.deb.uscourts.gov/ (a PACER login and password are required to retrieve documents), (b) free of charge by visiting the information agent's website at https://www.veritaglobal.net/CCGroup (the "**Case Website**"), or (c) upon written request to the Foreign Representative's counsel, Weil, Gotshal & Manges LLP, (x) 1395 Brickell Avenue, Suite 1200 Miami, Florida 33131 (Attn.: David J. Cohen, Esq.) and (y) 767 Fifth Avenue, New York, New York 10153 (Attn.: Garrett A. Fail, Esq., Alexander P. Cohen, Esq., and Andrew J. Clarke, Esq.), and Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware 19801 (Attn.: Zachary I. Shapiro, Esq.), by email to davidj.cohen@weil.com, garrett.fail@weil.com, alexander.cohen@weil.com, andrew.clarke@weil.com, and shapiro@rlf.com.

**PLEASE TAKE FURTHER NOTICE** that the Debtors expect the Amended & Restated Initial Order to be entered on or around April 2, 2026.  The Debtors will make the Amended & Restated Initial Order available on the Case Website.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court or a notice of adjournment filed on the docket in the Chapter 15 Cases.

**PLEASE TAKE FURTHER NOTICE** that it is anticipated that the Court may communicate directly with, or request information or assistance directly from, the Canadian Court and/or the Foreign Representative pursuant to section 1525 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected.  You should read the Verified Petitions carefully and discuss them with your attorney, if you have one in connection with the Chapter 15 Cases.  If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested by the Foreign Representative, or if you want the Court to consider your views on any matter requested at the Recognition Hearing, then you or your attorney must attend such hearing.  If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the Foreign Representative and may enter an order granting the relief requested.

*[Remainder of Page Intentionally Left Blank]*

Dated: March __, 2026
       Wilmington, Delaware

*/s/  DRAFT*

RICHARDS, LAYTON & FINGER, P.A.
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
Zachary J. Javorsky (No. 7069)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: shapiro@rlf.com
      schlauch@rlf.com
      javorsky@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
David J. Cohen (admitted *pro hac vice*)
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Email: davidj.cohen@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Garrett A. Fail (admitted *pro hac vice*)
Alexander P. Cohen (admitted *pro hac vice*)
Andrew J. Clarke (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: garrett.fail@weil.com
      alexander.cohen@weil.com
      andrew.clarke@weil.com

*Attorneys for the Foreign Representative*

3

RLF1 35578026V.1