**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 15 |
| THE CANNABIST COMPANY HOLDINGS INC., *et al.*,[1] | Case No. 26-10426 (BLS) |
|  | (Jointly Administered) |
| Debtors in a foreign proceeding. |  |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to sections 342 and 1109(b) of title 11 of the United States Code (as amended and applicable to the above-captioned bankruptcy cases, the "Bankruptcy Code"), 11 U.S.C. § 101-1532, Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2002-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the undersigned attorneys from Benesch, Friedlander, Coplan & Aronoff LLP hereby appear as counsel to Innovative Industrial Properties ("Landlord"), in the above-captioned bankruptcy cases (the "Bankruptcy Cases").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, and 9007, the undersigned requests that copies of all notices, pleadings, and all other papers required to be served in the Bankruptcy Cases be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

---

[1] The Debtors in the Chapter 15 Cases, together with the last four digits of their federal tax identification number or Canadian business number, as applicable, are: (i) The Cannabist Company Holdings Inc. (8978) and (ii) The Cannabist Company Holdings (Canada) Inc. (9428). The location of the Parent Company's registered office and the Debtors' service address is: 666 Burrard St #1700, Vancouver, British Columbia V6C 2X8, Canada. Additional information may be obtained on the website of the Debtors' information agent at https://www.veritaglobal.net/CCGroup.

Jennifer R. Hoover, Esq.
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
(302) 442-7010
jhoover@beneschlaw.com

Sven T. Nylen, Esq.
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606
(312) 624-6388
snylen@beneschlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any orders and notices of any application, complaint, demand, motion, petition, pleading, disclosure statement or plan of reorganization, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight, or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, filing, claim, or suit is not intended nor shall be deemed to waive any rights of the Landlord, including the right to: (1) have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) trial by jury in any case, proceeding, matter, or controversy so triable; (4) have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; (5) maintain any objection to the jurisdiction and/or venue of the Bankruptcy Court or any other court for any purpose; or (6) assert any other rights, claims, actions, defenses, setoffs, or recoupments to which the Landlord are or may be

entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: March 30, 2026  
      Wilmington, Delaware

**BENESCH, FRIEDLANDER,**  
    **COPLAN & ARONOFF LLP**

 */s/ Jennifer R. Hoover*　　　　　  
Jennifer R. Hoover (DE #5111)  
1313 North Market Street, Suite 1201  
Wilmington, DE 19801  
Telephone: (302) 442-7010  
E-mail:　jhoover@beneschlaw.com

*Counsel to Innovative Industrial Properties*

3

## **CERTIFICATE OF SERVICE**

I, Jennifer R. Hoover, hereby certify that on March 30, 2026, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served upon all parties of record via CM/ECF.

> */s/ Jennifer R. Hoover*
> Jennifer R. Hoover (DE #5111)