Case No. 26-10426 (BLS)

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

In re:                                                                                                                      )

THE CANNABIST COMPANY                                       Chapter 15

        )

HOLDINGS INC., et al.,                                                                                     )

                              Case No. 26-10426 (BLS)          )

        Debtors.                                                                                                       )

                                                                                                                              )

OBJECTION TO PLAN OF REORGANIZATION

AND RESERVATION OF RIGHTS

NOW COMES Larry Adams ("Claimant"), proceeding pro se, and respectfully submits this Objection and states as follows:

1. INTRODUCTION

Claimant is a creditor holding employment-related claims arising from retaliation, discrimination, hostile work environment, and wrongful termination.

2. INADEQUATE TREATMENT OF CLAIMS

Claimant objects to any Plan that:

a. Fails to distinguish employment claims from general unsecured claims;
b. Improperly groups materially different claims; and
c. Fails to provide fair compensation for non-economic damages.

Case No. 26-10426 (BLS)

## 3. FAILURE TO PROVIDE FAIR AND EQUITABLE TREATMENT

The proposed Plan is not fair and equitable because it may:

a. Discount valid claims without due process;

b. Fail to account for emotional distress damages; and

c. Prevent full adjudication of Claimant's claims.

## 4. DUE PROCESS CONCERNS

Claimant objects to any attempt to:

a. Discharge claims without adequate notice;

b. Limit presentation of evidence; or

c. Force resolution without proper valuation.

## 5. RESERVATION OF RIGHTS

Claimant reserves all rights to:

a. Amend this Objection;

b. Seek relief from stay;

c. Continue litigation; and

d. Challenge dischargeability of claims.

## 6. CONCLUSION

WHEREFORE, Claimant respectfully requests that confirmation of any Plan that fails to adequately address his claim be denied.

Case 26-10426-BLS Doc 43 Filed 04/07/26 Page 3 of 3

UNITED STATES POSTAL SERVICE®

19801

**$17.25**

RDC 03

S2324H500116-15

9589 0710 5270 3963 6654 29

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

9589 0710 5270 3963 6654 29

**RITY**®

**IL**

nal destinations.

lly, a customs declaration form is required.

in items. For details regarding claims exclusions see the
pe.usps.com.
at http://pe.usps.com for availability and limitations of coverage.

**FROM:**

Larry Adams
11493 AbbottsCross Ln
Henrico, VA 23059

**TO:**

Clerk of Court US Bankruptcy
Court

824 N Market St 3rd Floor
Wilmington, DE 19801

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**ENVELOPE**
GHT

**INSURED**

EP14F October 2023
OD: 12 1/2 x 9 1/2

PAPER POUCH

how2recycle.info

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.