Pro Se Claimant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED
2026 APR -7 A 8:46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: The Cannabist Company Holdings Inc., et al.

Case No. 26-10426 (BLS)

DOCUMENT SUBMITTED:

Motion of Relief Stay

Objection Plan

Proof of Claim

Date: <u>March 27, 2026</u>

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | | ) |
| THE CANNABIST COMPANY | Chapter 15 | ) |
| HOLDINGS INC., et al., | | ) |
| | Case No. 26-10426 (BLS) | ) |
| Debtors. | | ) |
| | | ) |
| | | |
| LARRY ADAMS, | | ) |
| Claimant, | | ) |
| | | ) |
| v. | | ) |
| | | ) |
| THE CANNABIST COMPANY | | |
| ) | | |
| HOLDINGS INC., et al. | | ) |
| | | ) |

MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES the Claimant, Larry Adams, proceeding pro se, and respectfully moves this Court for relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and in support thereof states as follows:

1. INTRODUCTION

Claimant seeks limited relief from the automatic stay to allow continuation of employment-related claims against the Debtor for the purpose of determining liability and damages.

## 2. BACKGROUND

Claimant was employed by The Cannabist Company and experienced unlawful employment practices, including:

  a. Retaliation for protected activity;

  b. Workplace discrimination;

  c. Hostile work environment; and

  d. Wrongful termination.

These claims are supported by documentary evidence, audio recordings, and witness testimony.

## 3. CAUSE FOR RELIEF

Cause exists to grant relief from the automatic stay because:

  a. The claims involve non-bankruptcy employment law issues;

  b. Claimant will suffer prejudice if the matter is delayed;

  c. The claims can be liquidated in a non-bankruptcy forum; and

  d. Granting relief will not unduly burden the Debtor.

## 4. LIMITED RELIEF REQUESTED

Claimant seeks relief solely to:

  a. Continue litigation to determine liability and damages; and

  b. Not enforce any judgment without further order of this Court.

## 5. EQUITY AND FAIRNESS

Granting this motion promotes fairness and judicial efficiency and preserves Claimant's rights without interfering with the restructuring process.

## 6. CONCLUSION

WHEREFORE, Claimant respectfully requests that this Court grant relief from the automatic stay and grant such other relief as is just and proper.

Dated: March 27, 2026

Respectfully submitted,

/s/ Larry Adams

Larry Adams (Pro Se)

Richmond, Virginia

(804) 540-9084

adams.larryn@gmail.com

Dated: <u>March 27, 2026</u>

Respectfully submitted,

/s/ Larry Adams

Larry Adams (Pro Se)

Richmond, Virginia

(804) 540-9084

adams.larryn@gmail.com

In re:

THE CANNABIST COMPANY HOLDINGS INC., et al.,

Debtors.                                            Chapter 15

Case No. 26-10426 (BLS)

---

PROOF OF CLAIM

AND STATEMENT OF DAMAGES

---

## 1. CLAIMANT INFORMATION

Name: Larry Adams

Address: Richmond, Virginia

Phone: (804) 540-9084

Email: adams.larryn@gmail.com

---

## 2. BASIS OF CLAIM

This claim arises from employment-related misconduct committed by The Cannabist Company, including:

- Retaliation for protected activity

- Workplace discrimination

- Hostile work environment

- Wrongful termination

- Failure to investigate complaints

- Emotional distress and reputational harm

---

## 3. FACTUAL SUMMARY

Claimant was employed as a Cultivation Technician and experienced a pattern of adverse and retaliatory actions following engagement in protected conduct.

These actions included:

- Targeted enforcement of workplace policies
- Denial of advancement opportunities
- Hostile and intimidating conduct
- Failure of HR to properly investigate complaints
- Termination without progressive discipline

Claimant possesses supporting evidence including audio recordings, internal communications, and witness testimony.

---

## 4. DAMAGES

Claimant seeks compensation for:

- Lost wages and future earnings
- Emotional distress and mental anguish
- Reputational harm
- Loss of career advancement opportunities
- Punitive damages where applicable

---

## 5. ESTIMATED VALUE OF CLAIM

$2,500,000

---

## 6. SUPPORTING EVIDENCE

- Audio recordings (multiple dates)
- Internal Teams messages
- Witness statements
- HR communications
- Employment records

Available upon request or court submission.

---

## 7. RESERVATION OF RIGHTS

Claimant reserves the right to:

- Amend and supplement this claim
- Provide additional documentation
- Seek relief from the automatic stay
- Pursue claims in other jurisdictions

---

Dated: <u>March 27, 2026</u>

Respectfully submitted,

/s/ Larry Adams

Larry Adams (Pro Se)

Richmond, Virginia

(804) 540-9084

<u>adams.larryn@gmail.com</u>