# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**

The Cannabist Company Holdings Inc.

666 Burrard Street #1700
Vancouver, BC V6C 2X8
CANADA

**Chapter:** 15

**Case No.:** 26–10426–BLS

The Cannabist Company Holdings Inc.

666 Burrard Street #1700
Vancouver, BC V6C 2X8
CANADA

 **EIN:** 98–1488978

### NOTICE OF HEARING

A hearing regarding Motion for Relief from Stay is scheduled for 5/12/26 at 02:00 PM at the United States Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, DE 19801 .

Stephen L Grant, Clerk of Court

Dated: 4/7/26

(VAN–401a)