**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------- x

In re:

THE CANNABIST COMPANY
HOLDINGS INC., *et al.*,

    Debtors in a Foreign Proceeding.[1]

----------------------------------------------------------- x

:     **Chapter 15**

:     **Case No. 26– 10426 (BLS)**

:     **(Jointly Administered)**

:     Re: Docket No. 5

**SUPPLMENTAL DECLARATION OF**
**LEE NICHOLSON AS CANADIAN COUNSEL**
**TO THE DEBTORS IN SUPPORT OF DEBTORS' MOTION FOR**
**RECOGNITION OF FOREIGN PROCEEDING AND CERTAIN RELATED RELIEF**

I, Lee Nicholson, to the best of my information and belief, declare as follows:

1. If I were called upon to testify, I could and would testify competently to the statements set forth herein. I am authorized to submit this declaration on behalf of the Debtors.

2. I am a Partner of the Canadian law firm of Stikeman Elliot LLP ("**Stikeman Elliott**"), 5300 Commerce Court West 199 Bay Street, Toronto, Ontario M5L 1B9, Canada. I am counsel to The Cannabist Company Holdings Inc. (the "**Parent Company**"), and its debtor affiliate, The Cannabist Company Holdings (Canada) Inc. (together with the Parent Company, the "**Debtors**"). The Debtors are the subject of a proceeding (the "**Canadian Proceeding**") currently pending in the Ontario Superior Court of Justice (Commercial List) (the "**Canadian**

---

[1] The Debtors in the Chapter 15 Cases, together with the last four digits of their federal tax identification number or Canadian business number, as applicable, are: (i) The Cannabist Company Holdings Inc. (8978) and (ii) The Cannabist Company Holdings (Canada) Inc. (9428). The location of the Parent Company's registered office and the Debtors' service address is: 666 Burrard St #1700, Vancouver, British Columbia V6C 2X8, Canada. Additional information may be obtained on the website of the Debtors' information agent at https://www.veritaglobal.net/CCGroup.

**Court**"), initiated pursuant to the *Companies' Creditors Arrangement Act*, R.S.C. 1985, c. C-36 (as amended, the "**CCAA**").

3.    I submit this declaration (this "**Declaration**") on behalf of the Debtors in support of the (i) *Motion for Recognition of Foreign Proceeding and Request for Certain Related Relief* [D.I. 5] (the "**Recognition Motion**") and (ii) *Debtors' Reply in Support of Motion for Recognition of Foreign Proceeding and Request for Certain Related Relief* (the "**Reply**"), filed contemporaneously herewith.[2]

4.    On April 2, 2026, following the comeback hearing, the Canadian Court entered an amended and restated Initial Order (the "**Amended & Restated Initial Order**"), which, among other things, extended the duration of the Stay through May 29, 2026 (subject to further extensions) and approved SCP's retention as CRO of the Debtors.

5.    EWB has been served with the Debtors' materials by Stikeman Elliott throughout the Canadian Proceeding. EWB was served with notice of the initial application held on March 24, 2026 and comeback hearing held on April 2, 2026.  The original notice of the relief sought by the Debtors for the initial application and comeback hearing was served on March 24, 2026.  The Canadian Court initially granted the stay on an interim basis after hearing the initial application and extended the duration of the stay in the Amended & Restated Initial Order to May 29, 2026 at the comeback hearing.

6.    EWB has appeared in the Canadian Proceeding. EWB's Canadian counsel served the Debtors with a notice of appearance in the Canadian Proceeding on April 13, 2026 and also appeared at a hearing in the Canadian Proceeding on April 15, 2026, but to date has not lodged

---

[2]    Capitalized terms used but not defined herein shall have the meaning assigned to such terms in the Recognition Motion or the Reply (as applicable).

any motion or application in the Canadian Proceeding or sought any relief from the Canadian Court in respect of the stay.

7.    In addition to the service of the Debtors' materials in the Canadian Proceeding by Stikeman Elliott, I understand that on March 25, 2026, EWB was served with the Initial Order and notice of the provisional relief hearing held before this Court on March 26, 2026. *See Amended Certificate of Service of Scott M. Ewing* [D.I. 41].  I further understand that on March 27, 2026, EWB was served with the Provisional Relief Order which included the Initial Order.  *See Amended Certificate of Service of Scott M. Ewing* [D.I. 42].  EWB's U.S. counsel was again provided with the Amended & Restated Initial Order on April 8, 2026 after reaching out to the Debtors' U.S. counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 8th day of May, 2026.

Toronto, Ontario

*/s/ Lee Nicholson*
_____
Lee Nicholson
Stikeman Elliott LLP

199 Bay Street
Suite 5300, Commerce Court West
Toronto, Ontario M5L 1B9
Canada
