**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------- x

In re:                                          :          **Chapter 15**

**THE CANNABIST COMPANY
HOLDINGS INC.,** *et al.,*

Debtors in a Foreign Proceeding.[1]

:          **Case No. 26–10426 (BLS)**

:          **(Jointly Administered)**

------------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MAY 12, 2026 AT 2:00 P.M. (ET), BEFORE THE HONORABLE BRENDAN L.
SHANNON, AT THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM 1**

**THE HEARING WILL BE HELD IN-PERSON IN JUDGE SHANNON'S COURTROOM.**

**ALL PARTIES, INCLUDING WITNESSES, WISHING TO PARTICIPATE IN THE HEARING MUST ATTEND IN PERSON.**

**COURTCALL WILL NOT BE USED TO DIAL IN.  TO ATTEND A HEARING REMOTELY, PLEASE REGISTER USING THE ECOURT APPEARANCES TOOL ON THE COURT'S WEBSITE AT WWW.DEB.USCOURTS.GOV OR CLICK THE FOLLOWING LINK: https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl.**

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING REMOTELY.**

**IF ATTENDING THIS HEARING REMOTELY, PARTIES ARE REQUIRED TO REGISTER FOR THE HEARING BY 4:00 P.M. (ET) ONE BUSINESS DAY PRIOR TO THE HEARING. YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

[1]  The Debtors in the Chapter 15 Cases, together with the last four digits of their federal tax identification number or Canadian business number, as applicable, are: (i) The Cannabist Company Holdings Inc. (8978) and (ii) The Cannabist Company Holdings (Canada) Inc. (9428).  The location of the Parent Company's registered office and the Debtors' service address is: 666 Burrard St #1700, Vancouver, British Columbia V6C 2X8, Canada.  Additional information may be obtained on the website of the Debtors' information agent at https://www.veritaglobal.net/CCGroup.

## I.    ADJOURNED MATTER:

1.    Motion for Relief from Automatic Stay (filed by Larry Adams) [Docket No. 44; filed April 7, 2026]

Objection / Response Deadline:    May 5, 2026 at 4:00 p.m. (ET)

Objections / Responses Received:    None as of this date.

Related Documents:

i.    Objection to Plan of Reorganization and Reservation of Rights (filed by Larry Adams) [Docket No. 43; filed April 7, 2026]

ii.    Notice of Hearing [Docket No. 45; filed April 7, 2026]

iii.    Supplemental Motion for (I) Relief from Automatic Stay and (II) Admission of Evidence (filed by Larry Adams) [Docket No. 66; filed April 24, 2026]

iv.    Motion to Proceed *in Forma Pauperis* and Request for Waiver of Filing Fees (filed by Larry Adams) [Docket No. 67; filed April 24, 2026]

v.    Emergency Motion for Remote Appearance or, in the Alternative, Continuance of Hearing Scheduled for May 12, 2026 (filed by Larry Adams) [Docket No. 68; filed April 24, 2026]

Status:  By agreement of the parties, the hearing on this matter has been adjourned to a date and time to be determined if necessary.

## II.    MATTER WITH CERTIFICATION OF COUNSEL:

2.    Motion for Recognition of Foreign Proceeding and Request for Certain Related Relief [Docket No. 5; filed March 25, 2026]

Objection / Response Deadline:  April 27, 2026 at 5:00 p.m. (ET); extended for the Office of the United States Trustee for the District of Delaware (the U.S. Trustee") and East West Bank

Objections / Responses Received:

A.    Objection to Motion for Recognition of Foreign Proceeding and Request for Certain Related Relief [Docket No. 5] (filed by East West Bank) [Docket No. 72; filed May 1, 2026]

B.    Informal comments from the U.S. Trustee

2

Related Documents:

i.      Voluntary Petition of The Cannabist Company Holdings Inc. [Docket No. 1; filed March 25, 2026]

ii.     Voluntary Petition of The Cannabist Company Holdings (Canada) Inc., Case No. 26-10427 [Docket No. 1; filed March 25, 2026]

iii.    Declaration of Curt Kroll in Support of Motions for (I) Provisional Relief and (II) Recognition of Foreign Proceeding and Request for Certain Related Relief [Docket No. 6; filed March 25, 2026]

iv.     Declaration of Lee Nicholson as Canadian Counsel to the Debtors in Support of Debtors' Motions for (I) Provisional Relief and (II) Recognition of Foreign Proceeding and Certain Related Relief [Docket No. 7; filed March 25, 2026]

v.      Order Granting Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code [Docket No. 32; entered March 26, 2026]

vi.     Order (I) Scheduling Recognition Hearing, (II) Specifying Form and Manner of Service of Notice, and (III) Granting Related Relief [Docket No. 33; entered March 26, 2026]

vii.    Notice of Filing of and Hearing to Consider Verified Petitions Under Chapter 15 of Bankruptcy Code [Docket No. 34; filed March 26, 2026]

viii.   Notice of Filing of Revised Order Granting Recognition of Foreign Main Proceeding and Request for Certain Related Relief [Docket No. 75; filed May 8, 2026]

ix.     Debtors' Reply in Support of Motion for Recognition of Foreign Proceeding and Request for Certain Related Relief [Docket No. 76; filed May 8, 2026]

x.      Supplemental Declaration of Curt Kroll in Support of Motion for Recognition of Foreign Proceeding and Request for Certain Related Relief [Docket No. 77; filed May 8, 2026]

xi.     Supplemental Declaration of Lee Nicholson as Canadian Counsel to the Debtors in Support of Debtors' Motion for Recognition of Foreign Proceeding and Certain Related Relief [Docket No. 78; filed May 8, 2026]

xii.    Debtors' Motion for Leave to File Debtors' Reply in Support of Motion for Recognition of Foreign Proceeding and Request for Certain Related Relief [Docket No. 79; filed May 8, 2026]

xiii.   Certification of Counsel Regarding Order Granting Recognition of Foreign Main Proceeding and Request for Certain Related Relief [Docket No. 80; filed May 8, 2026]

3

Status: On May 8, 2026, the Foreign Representative filed a revised proposed form of order under certification of counsel.  Accordingly, a hearing on this matter is only necessary to the extent the Court has questions or concerns.


Dated: May 8, 2026
        Wilmington, Delaware

     */s/  Zachary J. Javorsky*
RICHARDS, LAYTON & FINGER, P.A.
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
Zachary J. Javorsky (No. 7069)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: shapiro@rlf.com
       schlauch@rlf.com
       javorsky@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
David J. Cohen (admitted *pro hac vice*)
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Email: davidj.cohen@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Garrett A. Fail (admitted *pro hac vice*)
Alexander P. Cohen (admitted *pro hac vice*)
Andrew J. Clarke (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: garrett.fail@weil.com
       alexander.cohen@weil.com
       andrew.clarke@weil.com

*Attorneys for the Foreign Representative*

4