**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x

: 

**In re:** : **Chapter 15**

:

**THE CANNABIST COMPANY** : **Case No. 26–10426 (BLS)**
**HOLDINGS INC.,** *et al.,*

:

**Debtors in a Foreign Proceeding.**[1] : **(Jointly Administered)**

:

---------------------------------------------------------------- x

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON
MAY 12, 2026 AT 2:00 P.M. (ET), BEFORE THE HONORABLE BRENDAN L.
SHANNON, AT THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE, 6TH FLOOR, COURTROOM 1**

> ***AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING
> HAS BEEN CANCELLED WITH PERMISSION OF THE COURT***

**I.   ADJOURNED MATTER:**

1.   Motion for Relief from Automatic Stay (filed by Larry Adams) [Docket No. 44; filed April 7, 2026]

   Objection / Response Deadline:     May 5, 2026 at 4:00 p.m. (ET)

   Objections / Responses Received:   None as of this date.

   Related Documents:

   i.   Objection to Plan of Reorganization and Reservation of Rights (filed by Larry Adams) [Docket No. 43; filed April 7, 2026]

   ii.   Notice of Hearing [Docket No. 45; filed April 7, 2026]

---

[1]   The Debtors in the Chapter 15 Cases, together with the last four digits of their federal tax identification number or Canadian business number, as applicable, are: (i) The Cannabist Company Holdings Inc. (8978) and (ii) The Cannabist Company Holdings (Canada) Inc. (9428).  The location of the Parent Company's registered office and the Debtors' service address is: 666 Burrard St #1700, Vancouver, British Columbia V6C 2X8, Canada.  Additional information may be obtained on the website of the Debtors' information agent at https://www.veritaglobal.net/CCGroup.

[2]   **Amended agenda items appear in bold.**

iii.   Supplemental Motion for (I) Relief from Automatic Stay and (II) Admission of Evidence (filed by Larry Adams) [Docket No. 66; filed April 24, 2026]

iv.   Motion to Proceed *in Forma Pauperis* and Request for Waiver of Filing Fees (filed by Larry Adams) [Docket No. 67; filed April 24, 2026]

v.   Emergency Motion for Remote Appearance or, in the Alternative, Continuance of Hearing Scheduled for May 12, 2026 (filed by Larry Adams) [Docket No. 68; filed April 24, 2026]

Status:   By agreement of the parties, the hearing on this matter has been adjourned to a date and time to be determined if necessary.

## II.    **MATTER WITH CERTIFICATION OF COUNSEL:**

2.   Motion for Recognition of Foreign Proceeding and Request for Certain Related Relief [Docket No. 5; filed March 25, 2026]

Objection / Response Deadline:  April 27, 2026 at 5:00 p.m. (ET); extended for the Office of the United States Trustee for the District of Delaware (the U.S. Trustee") and East West Bank

Objections / Responses Received:

A.   Objection to Motion for Recognition of Foreign Proceeding and Request for Certain Related Relief [Docket No. 5] (filed by East West Bank) [Docket No. 72; filed May 1, 2026]

B.   Informal comments from the U.S. Trustee

Related Documents:

i.   Voluntary Petition of The Cannabist Company Holdings Inc. [Docket No. 1; filed March 25, 2026]

ii.   Voluntary Petition of The Cannabist Company Holdings (Canada) Inc., Case No. 26-10427 [Docket No. 1; filed March 25, 2026]

iii.   Declaration of Curt Kroll in Support of Motions for (I) Provisional Relief and (II) Recognition of Foreign Proceeding and Request for Certain Related Relief [Docket No. 6; filed March 25, 2026]

iv.   Declaration of Lee Nicholson as Canadian Counsel to the Debtors in Support of Debtors' Motions for (I) Provisional Relief and (II) Recognition of Foreign Proceeding and Certain Related Relief [Docket No. 7; filed March 25, 2026]

v.   Order Granting Provisional Relief Pursuant to Section 1519 of the Bankruptcy Code [Docket No. 32; entered March 26, 2026]

2

vi.    Order (I) Scheduling Recognition Hearing, (II) Specifying Form and Manner of Service of Notice, and (III) Granting Related Relief [Docket No. 33; entered March 26, 2026]

vii.    Notice of Filing of and Hearing to Consider Verified Petitions Under Chapter 15 of Bankruptcy Code [Docket No. 34; filed March 26, 2026]

viii.    Notice of Filing of Revised Order Granting Recognition of Foreign Main Proceeding and Request for Certain Related Relief [Docket No. 75; filed May 8, 2026]

ix.    Debtors' Reply in Support of Motion for Recognition of Foreign Proceeding and Request for Certain Related Relief [Docket No. 76; filed May 8, 2026]

x.    Supplemental Declaration of Curt Kroll in Support of Motion for Recognition of Foreign Proceeding and Request for Certain Related Relief [Docket No. 77; filed May 8, 2026]

xi.    Supplemental Declaration of Lee Nicholson as Canadian Counsel to the Debtors in Support of Debtors' Motion for Recognition of Foreign Proceeding and Certain Related Relief [Docket No. 78; filed May 8, 2026]

xii.    Debtors' Motion for Leave to File Debtors' Reply in Support of Motion for Recognition of Foreign Proceeding and Request for Certain Related Relief [Docket No. 79; filed May 8, 2026]

xiii.    Certification of Counsel Regarding Order Granting Recognition of Foreign Main Proceeding and Request for Certain Related Relief [Docket No. 80; filed May 8, 2026]

xiv.    **Order Granting Recognition of Foreign Main Proceeding and Request for Certain Related Relief [Docket No. 82, entered May 9, 2026]**

Status:  **On May 9, 2026, the Court entered an order granting the relief requested. Accordingly, a hearing regarding this matter is not required.**

3

Dated:    May 9, 2026
           Wilmington, Delaware

    */s/  Zachary J. Javorsky*
RICHARDS, LAYTON & FINGER, P.A.
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
Zachary J. Javorsky (No. 7069)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: shapiro@rlf.com
       schlauch@rlf.com
       javorsky@rlf.com

-and-

WEIL, GOTSHAL & MANGES LLP
David J. Cohen (admitted *pro hac vice*)
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 577-3100
Email: davidj.cohen@weil.com

-and-

WEIL, GOTSHAL & MANGES LLP
Garrett A. Fail (admitted *pro hac vice*)
Alexander P. Cohen (admitted *pro hac vice*)
Andrew J. Clarke (admitted *pro hac vice*)
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: garrett.fail@weil.com
       alexander.cohen@weil.com
       andrew.clarke@weil.com

*Attorneys for the Foreign Representative*

RLF1 35584851v.6