**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
                                                        :
In re:                                                  :        **Chapter 15**
                                                        :
**THE CANNABIST COMPANY**                               :        **Case No. 26– 10426 (BLS)**
**HOLDINGS INC.,** *et al.,*                            :
                                                        :
    **Debtors in a Foreign Proceeding.**[1]             :        **(Jointly Administered)**
                                                        :
                                                        :        **Re: Docket No. 90**
                                                        :
---------------------------------------------------------------- x

**ORDER APPROVING STIPULATION BETWEEN**
**DEBTORS, CC GROUP, AND EAST WEST BANK**

Upon consideration of the *Stipulation Between Debtors, CC Group, and East West Bank*,

attached hereto as **Exhibit A** (the "**Stipulation**"),[2] entered into by and between the Parties; and

after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.      The Stipulation is APPROVED and shall become effective in accordance with its

terms.

---

[1]   The Debtors in the Chapter 15 Cases, together with the last four digits of their federal tax identification number or Canadian business number, as applicable, are: (i) The Cannabist Company Holdings Inc. (8978) and (ii) The Cannabist Company Holdings (Canada) Inc. (9428).  The location of the Parent Company's registered office and the Debtors' service address is: 666 Burrard St #1700, Vancouver, British Columbia V6C 2X8, Canada. Additional information may be obtained on the website of the Debtors' information agent at https://www.veritaglobal.net/CCGroup.

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Stipulation.

2

2.    This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

**Dated: June 29th, 2026**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**