**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| THE CANNABIST COMPANY HOLDINGS INC., *et al.* | Case No. 26-10426 (BLS) |
| | (Jointly Administered) |
| Debtors in Foreign Proceeding. [1] | **Re: Docket No. 72** |

**NOTICE OF WITHDRAWAL OF OBJECTION TO**
**MOTION FOR RECOGNITION OF FOREIGN PROCEEDING**
**AND REQUEST FOR CERTAIN RELATED RELIEF [RE: D.I. 72]**

PLEASE TAKE NOTICE that East West Bank, by and through their undersigned counsel, hereby withdraws its Objection to Motion for Recognition of Foreign Proceeding and Request for Certain Related Relief (D.I. 72), as contemplated by the Stipulation Between Debtors, CC Group, and East West Bank which has been approved by the Court (D.I. 96).

Dated: July 8, 2026

THE POWELL FIRM, LLC

 */s/ Jason C. Powell*
Jason C. Powell, Esq. (No. 3768)
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
(302)650-1572
jpowell@delawarefirm.com

-and-

By: */s/ Jeffrey K. Garfinkle*
Jeffrey K. Garfinkle (CA State Bar No. 153496)
Rebecca M. Wicks (CA State Bar No. 313608)
Buchalter LLP

---

[1] The Debtors in the Chapter 15 Cases, together with the last four digits of their federal tax identification number or Canadian business number, as applicable, are: (i) The Cannabist Company Holdings Inc. (8978) and (ii) The Cannabist Company Holdings (Canada) Inc. (9428). The location of the Parent Company's registered office and the Debtors' service address is: 666 Burrard St #1700, Vancouver, British Columbia V6C 2X8, Canada. Additional information may be obtained on the website of the Debtors' information agent at https://www.veritaglobal.net/CCGroup.

1

18400 Von Karman Ave., #800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Email:  jgarfinkle@buchalter.com

*Attorneys for East West Bank, a California banking corporation*